costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RAOUL J. MENENDEZ and Others, Respondents, v. FELIX MAURO GINORIO, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WEYMAC MANUFACTURING CORPORATION and Another, Respondents, and LOUIS LIFSON and Others, Plaintiffs, v. BRONX PARK EAST CONSTRUCTION CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JOHN GUIRAGOS, Respondent, for a Mandamus Order against TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others. Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Such information as is sought may be had by resort to an examination before trial when issues are framed in an action. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN GUIRAGOS, Respondent, for a Mandamus Order against TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MABEL ANDERSON BURGHARD, Appellant, v. GEORGE E. BURGHARD, Defendant, HANN & RAPP, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. SALIMOFF & COMPANY and Others, Appellants, v. VACUUM OIL COMPANY, Respondent.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.; Martin, J., dissents and votes to reverse and deny the motion.

M. SALIMOFF & COMPANY and Others, Appellants, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.†— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.; Martin, J., dissents and votes to reverse and deny the motion.

In the Matter of the Application of SAMUEL STRAUSS, Appellant, against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM NORIICK and Another, Respondents, v. FREDERICK DIETERICH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BEN LEHMAN, Respondent, v. GUS K. WORMS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE L. SILVERMAN, Respondent, v. ROBERT M. SILVERMAN, Appellant.— Order modified by adding at the end thereof the words " so long as both parties shall remain residents of the State of New York," and as so modified affirmed,

---

* Revd., 259 N. Y. 609.          † Revd., 259 N. Y. 219.